IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAMON TYSHEEN BORNER,

    Petitioner,

v.                                   Case No. 3:24-cv-21-LC/MJF

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 11, 2024 (ECF No. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner Ramon Tysheen Borner's petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DISMISSED without prejudice**.

3.   The clerk of the court shall close the case file.

**DONE AND ORDERED** this 11th day of October, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

3:24-cv-21-LC/MJF